IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| Fountain Leasing, LLC, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No.: 3:12-CV-397-PLR-CCS |
| Chester Adamson and Frank Ikerd, | ) |
| *Defendants*. | ) |

**Judgment Order**

Upon consideration of the evidence produced at the nonjury trial held August 19-20, 2015, and for the reasons set forth in the findings of fact and conclusions of law filed contemporaneously with this order, it is **Ordered** that Fountain Leasing, LLC recover from defendant Chester Adamson damages in the amount of $1,376,004.81 minus any amounts recovered by Fountain Leasing from the sale of the remaining underlying equipment.

**IT IS SO ORDERED**.

_____
**UNITED STATES DISTRICT JUDGE**